UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:05-cr-95-T-23EAJ
                                                                8:06-cv-2190-T-23EAJ

TOMMY LEROY ROBINSON, II,
                                      /

**O R D E R**

     Robinson moved (Doc. 1) to vacate his sentence pursuant to 28 U.S.C. § 2255. The court referred (Doc. 7) the matter to Magistrate Judge Elizabeth A. Jenkins, who conducted a hearing and issued her report and recommendation (Doc. 16) suggesting the court grant Robinson's oral request to withdraw his Section 2255 motion to vacate sentence. No party filed an objection to the report and recommendation.

     Upon consideration, the court adopts the report and recommendation. Robinson's Section 2255 motion to vacate sentence (Doc. 1) is **WITHDRAWN**. The clerk shall enter a judgment and close this action.

     ORDERED in Tampa, Florida, on November 29, 2007.

                                                               STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE